CASENO: 2:14cv02696
DOCUMENT: 47


Cyrus Whitson
aka  Cookie
237655
P.O. Box 5000
Mountain City, TN 37683









ELECTRONIC FILING AND NOTIFICATION ARE NOW MANDATORY IN
THE WESTERN DISTRICT OF TENNESSEE. PLEASE VISIT
http://www.tnwd.uscourts.gov/ FOR INFORMATION ON SIGNING
UP FOR ELECTRONIC FILING AND NOTIFICATION.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CYRUS RANDY WHITSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-02696-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| DONNA CHISHOLM, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Pro Se Plaintiff's Complaint, filed on September 10, 2014. (ECF No. 1.) In accordance with the Court's Order GRANTING Defendant's Motion for Summary Judgment (ECF No. 46),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED.** Plaintiff's § 1983 claims are DISMISSED WITH PREJUDICE and his medical malpractice claim is DISMISSED WITHOUT PREJUDICE.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

March 8, 2019
Date

Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Tennessee

**Notice of Electronic Filing**

The following transaction was entered on 3/8/2019 at 1:27 PM CST and filed on 3/8/2019

| | |
|---|---|
| **Case Name:** | Whitson v. Chisholm et al |
| **Case Number:** | 2:14-cv-02696-TLP-tmp |
| **Filer:** | |

**WARNING: CASE CLOSED on 03/08/2019**

**Document Number:** 47

**Docket Text:**
**JUDGMENT. Signed by Judge Thomas L. Parker on 3/8/2019. (pab)**

**2:14-cv-02696-TLP-tmp Notice has been electronically mailed to:**
Arthur Crownover, II   art.crownover@ag.tn.gov, ruby.polk@ag.tn.gov
Jennifer L. Brenner   jennifer.brenner@ag.tn.gov, melissa.morose@ag.tn.gov, nancy.rogers@ag.tn.gov
**2:14-cv-02696-TLP-tmp Notice will not be electronically mailed to:**
Cyrus Randy Whitson
237655
P.O. Box 5000
Mountain City, TN 37683

The following document(s) are associated with this transaction: