2561  HV

33125-24


Correction

Inmate Name: Cyrus Whitson   TDOC Number: 237655

Institution: NECX   Housing Unit: _____

Institution Grievance Number: 33125-24   TOMIS Grievance Number: 366160

Commissioner's Response and Reasons:

The Assistant Commissioner of Clinical Services/Designee has reviewed the grievance and:

☐ Concur with Warden   ☑ Concur with Supervisor   ☐ Concur with Committee

06-18-2024
Date

_____
Assistant Commissioner of Prisons

FS-19

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

Exhibit-1

Case 2:24-cv-00191-DCLC-CRW   Document 2-2   Filed 10/18/24   Page 1 of 8
PageID #: 33

256



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

**NAME:** C. Whitson     **NUMBER:** 237655     **INSTITUTION & UNIT:** NECX/     **GRIEVANCE NUMBER:** 33125-24/36626(

**Summary of Evidence and Testimony Presented to Committee:** Im claims medical took her off her estrogen patches because she refused to go to SPND.

**Inmate Grievance Committee's Response and Reasons:** Request warden review

**DATE:** 6/11/24     **CHAIRMAN:** Sgt. Wood     **MEMBER:** CCO C. Vines

**MEMBER:** (sig) CCO     **MEMBER:** (sig) McDonnell     **MEMBER:**

===========================================

**Warden's Response:** Agrees with Proposed Response ☑

Disagrees with Proposed Response ☐

If Disagrees, Reason(s) for Disagreement _____

**Action Taken:** Concur with Supervisor

**DATE:** 6/12/24     **WARDEN'S SIGNATURE:** (sig)

**Do you wish to appeal this response?** ✓ YES ___ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

**GRIEVANT:** Cyrus Whitson     **DATE:** 6/13/2024     **WITNESS:** Sgt. Wood

RECEIVED JUN 17 2024

===========================================

**Commissioner's Response and Reason(s):** _____

**BY:** _____
Prison Operations

**DATE** _____     **SIGNATURE** _____

Distribution Upon Final Resolution:
    White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-1393 (Rev. 3-00)

RDA 2244

PG.-1



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

**NAME:** Cyrus R. Whitson AKA Cookie  
**NUMBER:** 237655  
**INSTITUTION & UNIT:** N.E.C.X 8/28

**DESCRIPTION OF PROBLEM:** Deliberate Indifference To A Serious Medical Need.

**REQUESTED SOLUTION:** Remove Dr. Faber from Medical and the Staff that He Had To Take my meds from me and the Staff that Has allowed him To practice Medinace Here at N.E.C.X.

Signature of Grievant: Cyrus R. Whitson Cookie  
Date: 5/18/24

---

### TO BE COMPLETED BY GRIEVANCE CLERK

**Grievance Number:** 33125-24 / 362-3160  
**Date Received:** 05-24-2024  
**Signature Of Grievance Clerk:** [signature]

**INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE:** _____

**AUTHORIZED EXTENSION:** _____  
New Due Date _____ Signature of Grievant _____

---

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____ CHAIRPERSON: _____

Do you wish to appeal this response? ✓ YES ___ NO  
If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: Cyrus Whitson  
DATE: 6/4/24  
WITNESS: [signature]

Distribution Upon Final Resolution:  
White – Inmate Grievant  Canary – Warden  Pink – Grievance Committee  Goldenrod – Commissioner (if applicable)  
CR-1394 (Rev. 3-00)  
Page 1 of 2

RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE (continuation sheet)

DESCRIPTION OF PROBLEM: On 5/17/24 at 9:00 AM i was called to Medical By Ms. Campbell and Was Told To Bring all my K.O.P Meds upon my meeting With ms. campbell i gave her my K.O.Ps and She said to me you can Not Have your Estradiol Transdermal Systems patches Back they Have BEEN D/C By Dr. Faber and i ask Why and She said cause i Refused to go To special Needs Back on 1-9-24 i said i signed that Refuseval for my Feets Not my Heart. So i filed a Grievance about it and I Had a appointment Made for me To go Back To the Heart doctor in kingssport Tenn. and i went To that appointment on 2-12-24 and i could Not do the Mr.I cause i got Buckshots in my leg and at the time i Had Real Bad Diarrhea. So I was Told that they was going to try and do something else to see about x-Rays on my Heart But Nothing has Been done to this date. So in March 2024 i Saw Doctor Awosanya By telemeds. and She put me Back on my Hormone meds the Estrogen patches and Not the spironolac-Tones. So 2 mos. later Dr. Faber Takes up on Hisself once more To Take my Hormones Meds from me again this is the 2nd time Hes Took my Hormone meds FiRST time it was the Spironolactone cause He felt my Boobs was Big enough and i didn't Need this, this time He Took the Estrogens patches as a punishment for me Refuseing To goT To Special Needs i left all my meds at medical cause my Hormone meds was took But i went back and got my Meds if IM Not going To geT my Hormone Estrogens Back then i'm Not going To Take none of my meds and just Die without my Hormone meds i dont Care if i live or Die. He Has No Right To Take my meds my Meds Help me To Remember and in a lots other ways and Now im so stressed out i feel i'm gonna Have a Heartattak at any time i'm very closophobia and i Have a Bad Enlarged Heart and i can Not Ride To Special Needs without Having a Heart attack. i will Not go to Special Knowing My Heart will

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00) Page 2 of 2 RDA 2244

Case 2:24-cv-00191-DCLC-CRW   Document 2-2   Filed 10/18/24   Page 4 of 8
PageID #: 36



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM.

Not last the trip without Having a Heartattack on my way there, I want my meds Back at once. Medical Department is going to Be the cause of me Having a Heartattack By Trying to Send me to Special Needs and Taking my meds and Stuff from me just as they took my Cain from me Cause I would not go to Special Needs and they know my feet is very Bad and Hard for me to walk, its they way of Making me Suffer in pain or punishing me, Because I wont Risk my life to go to Special Needs so they makes me Suffer in pain and yes I do want to appeal This Grievance cause im filing a 1983 Complaint on medical this Time, ive Had Enough of medical just doing me any way they want to they gonna End up Causing me to Have a Heartattack or doing Something to Harm myself So Before this Happens to me im going to just file a suite about it.

Distribution Upon Final Resolution:
White – Inmate Grievant  Canary – Warden  Pink – Grievance Committee  Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                Page 2 of 2

Case 2:24-cv-00191-DCLC-CRW   Document 2-2   Filed 10/18/24   Page 5 of 8   PageID #: 37



# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 05-24-2024

Please respond to the attached grievance, indicating any action taken.
Date Due: 06-03-2024

33125-24/366260
Grievance Number

C. Whitson
Inmate Name

237655
Inmate Number

W. Duty

Inmate Whitson as we discussed regarding this issue.

Deliberate indifference cannot be stated if you refuse services and you refused to go to Special needs to have your heart issues addressed. So while you have seen the hermonia doctor and addressed first you haven't been to the heart doctor to address that issue. If you want to proceed forward you need to step back and act up/attend your heart appt.

SIGNATURE                    06/03/24
                              DATE

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-3148 (Rev. 3-00)

RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
# HORMONE THERAPY CONSENT

The full medical effects and safety of hormone therapy are not fully known. There is an increased risk of the following adverse effects which may include, but are not limited to:

☐ **Female to Male**
- Increased cholesterol/fats in the blood which may increase risk for heart attack or stroke
- Increased number of red blood cells (increased hemoglobin), which may cause headache, dizziness, heart attack, confusion, visual disturbance, or stroke
- Acne
- Heart disease, arrhythmias, and stroke
- High Blood Pressure
- Liver disease and inflammation
- Increased (or decreased) sex drive and sexual functioning
- Psychiatric symptoms such as depression and suicidal feelings; anxiety, psychosis (disorganization and loss of touch with reality), and worsening of psychiatric illnesses
- Infertility
- Genital changes (enlargement of the clitoris and labia with vaginal dryness)
- Male pattern baldness with development of facial and body hair

☑ **Male to Female**
- Increased or decreased cholesterol and/or fats in the blood, which may increase the risk for heart attack or stroke
- Elevated levels of potassium in the blood, which may cause abnormal heart rhythms (if spironolactone is used)
- Blood clots (deep venous thrombosis, pulmonary embolism)
- Breast tumors/cancer
- Heart disease, arrhythmias, and stroke
- High blood pressure
- Liver disease and inflammation
- Pituitary tumors (tumor of small gland in the brain which makes prolactin)
- Acne (if progesterone is used)
- Increased or decreased sex drive and sexual functioning
- Psychiatric symptoms such as depression and suicidal feelings; anxiety, psychosis (disorganization and loss of touch with reality), and worsening of pre-existing psychiatric illness
- Testicular atrophy (decreased in size and function)
- Impotence (difficulty with penile erections)

Some side effects from hormones are irreversible and can cause death. The above risks and benefits of hormone therapy have been discussed with me, including the risk that hormone therapy will not accomplish the desired objective.

☑ I have read and understand the above information regarding hormone therapy and ACCEPT the risks involved.

☐ I have read and understand the above information regarding hormone therapy and DO NOT accept the risks involved

I have had sufficient opportunity to discuss my condition and treatment with my medical provider and I have adequate knowledge on which to base an informed consent for hormone therapy.

_Cyrus W. Whitson_  _____  _Cyrus Randy Whitson_
Signature of Patient          Date           Legal Name of Patient

_____  _____  _____
Signature of Primary Care Provider   Date   Name of Primary Care Provider (Printed)

CR-3866         Duplicate-as-Needed         RDA 1458

A Copy of this same form is in my Medical File and it Do not leave T.D.O.C Relible for Nothing that happens to me i signed this form and



Department of Corrections

## NECX Grievance Committee Hearing

Date: 6/11/24   Begin Time: 910a   End Time: 930a
Chairperson: Sgt. Worley   Clerk: Tipton
Staff Member: Chasity Sadler CC2   Staff Member: C. Vines
Inmate Member: _____   Inmate Member: E.S. McConnell
Grievant: C. Whitson   TDOC #: 237655
Grievance #: 33125-24   Tomis ID #: 31d02260
Area Grieved: HSV

Sergeant reviews with grievance Board and response along with any attached paperwork, and then asks if the Grievant has anything to add. Grievant/ Inmate states the following:

I/m stated that when she took her medications to medical per request they took her estrogen patches and are not allowing her to continue her medical course. I/m stated that the doctor told her that they are taking —

Chairperson asks the Board for questions and Grievant responds:

Grievant is excused from hearing; Board's recommendation:

Review medications w/ medical & AWT Andrews. Request warden review.

Northeast Correctional Complex 5249 Hwy. 67W P.O. Box 5000 Mountain City, TN. 37683