

## TENNESSEE DEPARTMENT OF CORRECTION
### INAPPROPRIATE GRIEVANCE NOTIFICATION

TO: **Cyrus Whitson**     **237655**     **8-28**
       INMATE NAME (Printed)     TDOC NUMBER     HOUSING UNIT

FROM: **Sergeant Destiney Worley**, Grievance Chairperson     **N/A**
       Inmate TDOC Grievance Number

DATE: **8/2/2024**

SUBJECT: **Inappropriate Grievance**

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. **Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]**

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. **Attempt to not list multiple issues within the grievance.**

---

Reminder: You have SEVEN CALENDAR DAYS *FROM THE DATE THE INCIDENT OCCURRED* to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.

                                               Sgt. W*[signature]*
                                               Grievance Chairperson

CR-3689 (Rev. 12-15)      Duplicate as Needed      RDA 2244

Exhibit #2



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE



NAME: Cyrus Whitson "Cookie"
NUMBER: 237655
INSTITUTION & UNIT: NECX 8/28

DESCRIPTION OF PROBLEM: Discrimination

REQUESTED SOLUTION: Mr. Reitz Need To go To some kind of Classes on How NOT To Be DiscRiminating agist us transwomen and Nobody Else The Correct spelling is MR. Reitz

Signature of Grievant: Cyrus Whitson Cookie
Date: 7/30/24

=================================================
### TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number: _____
Date Received: _____
Signature Of Grievance Clerk: _____

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date: _____
Signature of Grievant: _____

=================================================
### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____   CHAIRPERSON: _____

Do you wish to appeal this response?  ✓ YES  ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: Cyrus Whitson "Cookie"
DATE: 8/9/2024
WITNESS: _____

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)   Case 2:24-cv-00191-DCLC-CRW   Document 2-3   Filed 10/18/24   Page 2 of 4   RDA 2244
PageID #: 42



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE    (continuation sheet)

**DESCRIPTION OF PROBLEM:** On 7-30-24 i went to the kitchen to work and i was told by manger Ritz that he or they did not need me to go back to the unit because i had some kind of Rice and diet meat was found in the chowhall on Sat. the 28th i was not in the kitchen on Sat. Ms. Keen sent me back to the unit and said to me I don't want you over here. So nobody could blame nothing on you. So i came back to the unit. i told Mr. Ritz to go look at the camera, and Mr. Ritz told me that starting on 7-30-2024 that inmate David Hartsook would be getting out my diet food for me from now on cause to much meats was coming up missing so i tells him once again to go review the cameras and he'll see who's doing it so he did not. Still has not. and he tells me i can't work that day of 7-30. Because i only said to him if you're gonna have other people getting out my dites you may as well have them to cook it to and i'll come in at 12pm and sreve it to the inmates. and he got pissed and wouldn't let me work. Mr. Ritz been ~~scratched out~~ targeting us gays and transwomen very much lately he put Zanker out the kitchen for no reeson Moore is a transgender also that got to fighting with amy zanker and zanker was the only one got put out the kitchen. Mr. Ritzs is targeting us Transwomen one by one until we all are out of the kitchen cause some gangbanger made a statement one day that they don't want no punks in the kitchen on they shift. David Hartsook nose bleeds over the food all the time and he bleeds 5 or 10 min. at a time He has no right to be doing no cooking the way his nose just start bleeding over and in people food. i work there i've saw him bleed all over the food before. But nobody won't do nothing about it He has to keep tissue in his nose or He'll bleed all-over the kitchen and food check with

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)
Page 2 of 2
RDA 2244

Case 2:24-cv-00191-DCLC-CRW   Document 2-3   Filed 10/18/24   Page 3 of 4
PageID #: 43



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE (continuation sheet)

**DESCRIPTION OF PROBLEM:** Medical. Nobody want his Blood all in they food. This is not fair to the diets or no-one else. and Callaway just got Haird Back in the Kitchen and He's already Trying to Have sex with me and the other girls. i told Ms.C Before she Hird Him Back, that He's going to Be trying to get us transgirls to Have sex with Him in the Restroom and sure Enough he is Trying. Mr. Callaway Has Been caught so much Masterbating on women and Has Been written u$ so much and He do the same thing to us Transwomen. On -7-30-2024 Inmate David Hartsock and Inmate Callaway suppose to took out Diet food for my Dites. They took our chicken Breast for my Dite and cooked them for theyself's and cooked the m.s.c and Fed it to the Dites as they took the chicken Breast for them self. Check Cams Camera and see them cooking the chicken Breast. Between 8:00 pm and 9:00 AM you'll See them putting them on He sheet pan and at 6:05 Pm. you'll see Inmate Callaway come out in the chow hall and give Two Inmates Trays with chicken Breast on them trays. that's where all the food go's. I'm the only Diet cook that do the Right thing By all the Diets. Ask them. I make a 100% Sure they all gets what they suppose to Have. Mr. Reitz sit in the offices on line doing his Bid on shipping Car's while He lets Inmates tell Him what to do and how to Run this kitchen. and Inmates Run this Kitchen. He is not cut out for manger of Nothing. On -7-31-24 I was called to MR. Reitz office and he ask me to Read this Grievance and i told Him No. So He desided to Remove me from doing Diets and put me on the Serving line. i'm a cook Helper and i do the Diets for Rel, Ken and ADA Diets this Rotelation Hes already doing cause i filed this Grievance on him and would not let Him Read it. If He's going to do this He Needs to Be Removed from Kitchen

Distribution Upon Final Resolution:
White – Inmate Grievant  Canary – Warden  Pink – Grievance Committee  Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)  Page 2 of 2  RDA 2244

Case 2:24-cv-00191-DCLC-CRW  Document 2-3  Filed 10/18/24  Page 4 of 6
PageID #: 44