2642
HL


Correction

MEMO

8/35580-24

Inmate Name: _Cyrus White_     TDOC Number: _277655_

Institution: _NECX_     Housing Unit: _8-28_

Institution Grievance Number: _33350-24_     TOMIS Grievance Number: _367826_

Commissioner's Response and Reasons:

The Inmate Jobs Manager has reviewed the grievance and:

☐ Concur with Warden     ☑ Concur with Supervisor     ☐ Concur with Committee

_08-27-2024_
Date

_For L.A. Thomas, by Benjamin F Bean_
Assistant Commissioner of Prisons

FS-19

Department of Correction • 6ᵗʰ Floor Rachel Jackson Building • 320 Sixth Av
Nashville, TN 37243 • Tel. 615-253-8180 • Fax 615-253-1668 • tn.gov/correction



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

C. Whitson     237655     NECX     33390-24/367826
NAME       NUMBER       INSTITUTION & UNIT       GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee   Im requests to be
replaced into her job due to the other Im
being charged w/ assault.

Inmate Grievance Committee's Response and Reasons   Request warden review

8-19-24     Sgt Wood     _____ CC7
DATE       CHAIRMAN       MEMBER

Katie Yeattans cc2     _____     _____
MEMBER       MEMBER       MEMBER

Warden's Response:   Agrees with Proposed Response ☑

Disagrees with Proposed Response ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: Aramark Has 5 Program notes on This Yr And Has Provested t
      for Prof
DATE: 8/20/24     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?   ✓ YES     NO

If yes:   Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction
to previous responses if so desired.

Cyrus Whitson     8/21/24     Sgt. Wood
GRIEVANT       DATE       WITNESS

Commissioner's Response and Reason(s): _____

_____     _____
DATE                 SIGNATURE

Distribution Upon Final Resolution:

White - Inmate/Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner
Case 2:24-cv-00191-DCLC-CRW   Document 24   Filed 10/18/24   Page 2 of 9
PageID #: 46

CR-1393 (Rev. 3-00)                 RDA 2244

~ 2647



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

C. Whitson
**NAME**

237655
**NUMBER**

NECX
**INSTITUTION & UNIT**

33390-24/367826
**GRIEVANCE NUMBER**

Summary of Evidence and Testimony Presented to Committee **I'm requests to be replaced into her job due to the other I'm being charged w/ assault.**

Inmate Grievance Committee's Response and Reasons **Request warden review**

8-19-24
**DATE**

Sgt W.P.
**CHAIRMAN**

James B. /CC7
**MEMBER**

Katie Yautau CC2
**MEMBER**

_____
**MEMBER**

Edw. F. Purnell
**MEMBER**

==============================================================

Warden's Response:  Agrees with Proposed Response ☑

Disagrees with Proposed Response ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: _Inmate Has 5 program notes on this yr and Has Requested to_
_Job drop_

DATE: 8/20/24    WARDEN'S SIGNATURE: _B. J. B._

Do you wish to appeal this response? _✓_ YES  _____ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

Cyrus Whitson
**GRIEVANT**

8/21/24
**DATE**

Sgt W.P.
**WITNESS**

==============================================================

~~RECEIVED~~

Commissioner's Response and Reason(s): _____

AUG 26 2024

BY: _____
**Prison Operations**

_____
**DATE**

_____
**SIGNATURE**

Distribution Upon Final Resolution:

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod - Commissioner



Department of
Corrections

<u>NECX Grievance Committee Hearing</u>

Date: 8-19-24                          Begin Time: _____ End Time: _____
Chairperson: Sgt Worley          Clerk: Tipton
Staff Member: _____ CC3       Staff Member: Katie Yauian CC2
Inmate Member: _____           Inmate Member: _____
Grievant: C Whitson               TDOC #: 237655
Grievance #: 333290-24           Tomis ID #: 367826
Area Grieved: fse

Sergeant reviews with grievance Board and response along with any attached paperwork, and then asks if the Grievant has anything to add. Grievant/ Inmate states the following:

I'm requests to be given his job back, due to the other I'm being charged w/assault and being removed from the kitchen.

Chairperson asks the Board for questions and Grievant responds:

Grievant is excused from hearing; Board's recommendation:

Request warden review

# Grievance Board —Committee Hearing Minutes
## NECX

**Grievance Chairperson:** Sgt. Worley
**Staff Members:** Counselor Bowman, Counselor Yearian
**Inmate Members:** Eddie McConnell
**Grievance Clerk:** Albert Tipton

**Date:** August 19, 2024
**Grievance #:** 33390-24/367826
**Grievant / Inmate Name:** C. Whitson
**TDOC#:** 237655

- Hearing began as scheduled at 09:00.
- All parties have read the grievance.
- Grievant restates his issue.
- Counselor Yearian asked if there were any staff present when the Grievant was assaulted.
  - Grievant responded "No".
- Grievant states that the supervisor's aren't using the proper pronouns for transgender inmates.
  - Counselor Bowman informs the Grievant that would be a separate issue and would require a separate grievance.
- Grievant also stases that "she" would like to challenge the veracity of the program notes that have been lodged against her.
  - Counselor Bowman explained that the supervisor's would have to review the program notes.
- Chairperson Worley states that the Board will recommend the Grievant be placed back in her position in the kitchen now that the assailant is no longer employed in the kitchen.
- Grievant states that there is a complete lack of supervision of inmates in the kitchen.
- Chairperson Worley recommends sending the grievance to the Warden for further review.
- No further question from the Board.
- Grievant was dismissed from the hearing.
- Hearing was adjourned.

Grievance Clerk

Albert Tipton



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE: 08-13-2024

Please respond to the attached grievance, indicating any action taken.

Date Due: 08-20-2024

33390-24/3078266
Grievance Number

C. Whitson
Inmate Name

237655
Inmate Number

Cpl. Dickson:

On 8-8-24 a verbal altercation took place between both offenders at 1:23pm in the kitchen. At 1:26pm another verbal altercation occurred. At 1:27pm a physical altercation broke out. Offender Whitson did not fight back at this time. Appropriate charges will be placed in this incident.

Cpl Dickson
SIGNATURE

8-14-24
DATE



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

**RECEIVED**

AUG 1 3 2024

Cyrus Whitson AKA CookiE    237655    N.E.C.X    8/28
NAME                        NUMBER       INSTITUTION & UNIT

Cu. gender

DESCRIPTION OF PROBLEM: Discrimination, and aramark staff, and state officials working in the kitchen allowed me To get Hurt, under they watch, after Beening stalked and assualted

REQUESTED SOLUTION: Remove all these Bogus program Notes off me and give me Back my Job that i worked my same position and aramark staff Needs To start watching the Camras Some Time

Cyrus R Whitson AKA Cookie           8/9/2024
Signature of Grievant                    Date

====================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

33390-24/3678260       8-13-2024        _____
Grievance Number        Date Received    Signature of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    _____
                      New Due Date         Signature of Grievant

====================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____    CHAIRPERSON: I'm requested hearing

Do you wish to appeal this response? ___/___ YES    _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

Cyrus Whitson          8/16/24        Sgt. Woo
GRIEVANT                 DATE            WITNESS

**Distribution Upon Final Resolution:**

White – Inmate Grievant   Canary – Warden/CRM   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

Case 2:24-cv-00091-DCLC-CRW   Filed 10/18/24   Page 1 of 2   PageID #: 51

CR-1394 (Rev. 3-00)          Page 1 of 2          RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>INMATE GRIEVANCE</u>   (continuation sheet)



The assualt Happen
on 8/8/24 Appx 1:20 PM

RECEIVED
AUG 13 2024

DESCRIPTION OF PROBLEM: On 8/8/24 I went in for work and i went To my work area and i ask the frist shift Diet Cook To Come Move they stuff so i could do my job or i was going To Take it To pots and pans for wash. Mr. Thompson said so Inmate T, Carallay# 344410 stated To me Faget punk ass homosexual you aint going to throw shit away and from that point on he kept on calling me Names and i called him Back Names, so He came walking up To me to fight me. i said, go on leave me alone, so he ask where is the police and inmates said out side, so he Grabed me as i tryed to defend myself he slamed me To the floor calling me all kinds of Name punks faggets as he punched me in my face. He then stomped my Head on the floor 2 or 3 times causeing me to go in and out of Consciousness while everyone stood and watched him stomp and beat me, as staff of aramark sit in they office, and T.D.O.C. staff Kitchen officer was No where to Be found while i was Been stomped in my face, after the Inmate got off of me i went To my unit to clean the Blood off my face and went Back To work, the Inmate saw me coming Back and he left for the Housing unit and Came Back so i went to the staff of aramark and told mrs. adriana Cynha That i Had got into a fight with this Inmate and He Went To the unit and came Back with a knife, she Called yard sgt. Smart and Had the Inmate Shook down No knife was found. No Report of me Beening assualted was done or Nothing Medical was not Noterfied or No Code was called and all of aramark staff and state staff in the Kitchen knew i Had Been assualted. On 8/9/24 i went to work and was Told i could Not work. But the Inmate that assualted me could work. spoke To I.A. Brown about it and He Took me To medical and Had me checked out and ask me could i stay in Gen. pop. i signed papers yes, so i was Saw By medical and told medical staff what Happen To me. and was Released from medical, Capt. murry said if i can't work in the Kitchen for fighting the other inmate could not so mrs. Cunha. Told Capt. murry it wasn't cause i got into a fight it was cause i Job Class notes. and she was

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

Case 2:24-cv-00191-DGC-CRW   Document 2-4   Filed 10/18/24   Page 8 of 9
PageID #: 52

CR-1394 (Rev. 3-00)   Page 2 of 2   RDA 2244





**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**    (continuation sheet)

RECEIVED
AUG 13 2024

DESCRIPTION OF PROBLEM: Going To put in for a Job Drop Due To the Program Notes i had. But there Are people in the Kitchen that has write-ups and way more program Notes then me, Like Inmate Shade, Steven, Gibson, write ups. Thompson, Capt Smith said Thompson was not To work in the Kitchen no more But the staff Still lets Him in when Capt Smith i's not here. I ask aramark staff To go look aT the Cameras and they will see who attacked who. I told mrs. C. Not to let that Inmate work with me way Before she Hired him Cause He was gonna try To get me To Have Sex with Him and she said If He says anything Sexual To you let me know so he did Just what i told her he was going To do, and I Told Everybody He ask me To give him Head and i Refused and two days later He Beats me cause i Told and Nobody will go look aT the Cameras and see the TrueTh so i can Have my Job Back, all these program Notes i Have Inmates put staff up To give them To me aramark Staff Do whatever the Inmates Tell them To do from Mrs C. Down To The manger REITZ and the Red shirts Inmates Runs that Kitchen. all these programs note from cook. i Have a RighT To leave, i go in aT 9ᴬᴹ and stay Til 7 or 8 ᴾᴹ when i suppose To leave aT 3 ᴾm i only gets payed for 6 hours, 9 To 3 is 6 hours. Cook wants me to Sweep and mop floors and all that thats not me Job. so thats how i got all these Bogus program Notes. Because i Refuse To Do Everyone else's Jobs this Grievance i filed and was ReTurned Deemed To many issues its whats going on that leads To all this i Never got into Trouble in 4 year in the kitchen until this New staff came, mrs. C. Knows i'm Not doing None of this stuff they are putting on me she Just fears they'll Cross her out also you can ask any Diet person that Comes for Diets they'll Tell you i'm the Nices person To them that you'll Ever want To meet. so if i can't work in the kitchen, Caraway shouldn't Be able and Shawnte Shade # 327436 should and None of the others that Have program Notes. This is total Discrimination Toward me, and Inmate Terry Caraway Should Surely Not Be in the Kitchen after assualting me cause i Told People He tryed To get me To Have Sex with Him

Case 3:24-cv-00191-DCLC-CRW   Document 2-4   Filed 10/16/24   Page 9 of 9   PageID #: 53

Page 2 of 2