2669

9/33442-24


Correction

MEMO

Inmate Name: Cyrus Whitson  TDOC Number: 237656

Institution: MCCX  Housing Unit: 8-28

Institution Grievance Number: 33442-24  TOMIS Grievance Number: 368335

Commissioner's Response and Reasons:

The Inmate Jobs Manager has reviewed the grievance and:

☐ Concur with Warden   ☑ Concur with Supervisor   ☐ Concur with Committee

10/02/2024
Date

For Lea Thomas, by Benjamin F Bay
Assistant Commissioner of Prisons

FS-19

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

Exhibit #24

269



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

**NAME:** C. Whitson  
**NUMBER:** 237655  
**INSTITUTION & UNIT:** NECX  
**GRIEVANCE NUMBER:** 33442-24/368335

**Summary of Evidence and Testimony Presented to Committee:** I/m claims she was never counseled on any program notes, and they were false for various reasons

**Inmate Grievance Committee's Response and Reasons:** Request warden review

**DATE:** 9-11-24  
**CHAIRMAN:** Sgt. Doe  
**MEMBER:** Randy Free  
**MEMBER:** [signature] CC3  
**MEMBER:** (blank)  
**MEMBER:** [signature]

===========================================

**Warden's Response:** Agrees with Proposed Response ☑

Disagrees with Proposed Response ☐

If Disagrees, Reason(s) for Disagreement _____

**Action Taken:** Concur with Supervisor  
**DATE:** 9/12/24  **WARDEN'S SIGNATURE:** [signature]

**Do you wish to appeal this response?** ✓ YES ___ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

**GRIEVANT:** Cyrus W. Whitson  **DATE:** 9/18/24  **WITNESS:** Sgt. Kingery

===========================================

**Commissioner's Response and Reason(s):** _____

**RECEIVED SEP 24 2024**  
BY: _____  
Prison Operations  
**DATE** | **SIGNATURE**

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner

CR-1393 (Rev. 3-00) RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

**NAME:** C. Whitson
**NUMBER:** 237655
**INSTITUTION & UNIT:** NECX
**GRIEVANCE NUMBER:** 33442-24/368335

**Summary of Evidence and Testimony Presented to Committee:** I/m claims she was never counseled on any program notes, and they were false for various reasons

**Inmate Grievance Committee's Response and Reasons:** Request warden review

**DATE:** 9-11-24
**CHAIRMAN:** Sgt. ___
**MEMBER:** Randy ___
**MEMBER:** ___ /CC3
**MEMBER:**
**MEMBER:** ___

===

**Warden's Response:** Agrees with Proposed Response ☑

Disagrees with Proposed Response ☐

If Disagrees, Reason(s) for Disagreement ___

**Action Taken:** Concur with Supervisor
**DATE:** 9/12/24
**WARDEN'S SIGNATURE:** ___

**Do you wish to appeal this response?** ✓ YES ___ NO

If yes: Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

**GRIEVANT:** Cyrus W. Whitson
**DATE:** 9/18/24
**WITNESS:** Sgt ___

===

**Commissioner's Response and Reason(s):** ___

**DATE** ___
**SIGNATURE** ___

Distribution Upon Final Resolution:
White - Inmate Grievant Canary - Warden Pink - Grievance Committee Goldenrod - Commissioner

CR-1393 (Rev. 3-00)
RDA 2244



Department of Corrections

## NECX Grievance Committee Hearing

Date: 9-11-24                                    Begin Time: _____ End Time: _____
Chairperson: Sgt. Worley                         Clerk: Tipton
Staff Member: Randy Fr---                        Staff Member: Jam B--- CC3
Inmate Member: _____                           Inmate Member: EJ McConnel
Grievant: C. Whitson                             TDOC #: 237655
Grievance #: 33442-24                            Tomis ID #: 365350
Area Grieved: Job

---

Sergeant reviews with grievance Board and response along with any attached paperwork, and then asks if the Grievant has anything to add. Grievant/ Inmate states the following:

Im states she can not be punished for leaving after 3pm when her hrs. stop at 3pm. Im claims she was not counseled on any program note she was given.

Chairperson asks the Board for questions and Grievant responds:

Grievant is excused from hearing; Board's recommendation:
Request warden review

---

Northeast Correctional Complex 5249 Hwy. 67W P.O. Box 5000 Mountain City, TN. 37683

# Grievance Board — Committee Hearing Minutes
## NECX

**Grievance Chairperson:** Sgt. Worley
**Staff Members:** C.O. Freeman, Counselor Bowman
**Inmate Members:** Eddie McConnell
**Grievance Clerk:** Albert Tipton

**Date:** September 11, 2024
**Grievance #:** 33442-24/368335
**Grievant / Inmate Name:** C. Whitson
**TDOC#:** 237655

- Hearing began as scheduled at 09:23.
- All parties have read the grievance.
- Grievant restates his issue.
- Grievant states that he regularly works at his job far beyond his scheduled hours and therefore should be allowed to leave once his shift is over without receiving a program note.
    - Grievant states that his (her) regular hours are from 9am until 3pm.
    - Grievant states that Sgt. Penrod can verify that the Grievant had completed his duties prior to leaving on the day the program note was entered.
    - Grievant further states that no notification was given when program notes were issued as required by policy.
    - Grievant further states that the program notes were improperly filled out omitting the name of the supervisor filing the program note.
- Discussion between the Board members and the Grievant.
- Sgt. Worley states that the Grievant was never counseled on any of the program notes when they were issued.
- Chairperson Worley recommends sending the grievance to the Warden for further review.
- No further question from the Board.
- Grievant was dismissed from the hearing.
- Hearing was adjourned 09:35.

Grievance Clerk

*[signature]*

Albert Tipton



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE



RECEIVED SEP 04 2024

NAME: Cyrus Whitson
NUMBER: 237655
INSTITUTION & UNIT: N.E.C.X 8/28

DESCRIPTION OF PROBLEM: Contact Notes

REQUESTED SOLUTION: Please do the Right thing and Dismiss these Bogus Contact Notes and give me Back my Job.

Signature of Grievant: Cyrus Whitson
Date: 9/2/2024

==========================================
TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number: 33442-24/368335
Date Received: 09-04-2024
Signature Of Grievance Clerk: [signature]

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: ___

AUTHORIZED EXTENSION: ___
New Due Date ___
Signature of Grievant ___

==========================================
## INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: ___

Chairperson's Response and Reason(s): ___

DATE: ___   CHAIRPERSON: I'm requested hearing

Do you wish to appeal this response?  ✓ YES  ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: Cyrus Whitson
DATE: 9/10/24
WITNESS: Sgt. Wog

Distribution Upon Final Resolution:
White - Inmate Grievant  Canary - Warden  Pink - Grievance Committee  Golden - Commissioner (if applicable)

CR-1394 (Rev. 3-00)   Page 1 of 2   RDA 2244

Case 2:24-cv-00191-DCLC-CRW  Document 25  Filed 10/18/24  Page 6 of 17  PageID #: 59



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE    (continuation sheet)



RECEIVED SEP 04 2024

DESCRIPTION OF PROBLEM: ON 5-27-24 i was gave a Contact Note By J. Cook Aramark Food Supervisor For leaving work i work From 9am Til 3pm 6 hours. is all i'm payed for. But i stays and help Til 7:15 pm Every day. 7 days a week. and i left at 7.pm Sgt Pinrod said i could leave Each Time i left. ON 5-27-24 ON 6-8-24 ON 7-9-24 Sgt Pinrod Told me i could leave Each one of those days it was after 7pm and my Hours are 9am Til 3pm
ON 7-17-24 i got a Contact Note from aramark Supervisor OTT. it's a good NOTE i had my Diet trays under other Trays my Name was Not on them. Good Note.
ON 8-1-24 i was gave a Note By Someone there is No Staff's Name in the Comment Box as should Be By policy 103.12. VI. C.
ON 8-2-24 i was gave a Contact Note. By aramark manger Reitz. For Food Found on Round the world Cart Everybody Knows i do Not load the Carts i do Not push the Cart. C/O Swallow and C/O Cingle know who was pushing that Cart it was Not ME. But i gets a Contact Note For it. the Person that loads them carts and pushes them they are the ones thats Responsible for whatever is on them Carts we all knows this. i don't Even like Hartsook. Why would i send him a Tray. i was Never Told By None of these Supervisor's that they had gave me a Contact Note. By policy i should have Been Told Before i was gave a note. See attached policy. Warden andrew Told me To Appeal the Job Drop.

|  ADMINISTRATIVE POLICIES AND PROCEDURES<br>State of Tennessee<br>Department of Correction | Index #: 103.12 | Page 1 of 2 |
|---|---|---|
| | Effective Date: October 1, 2020 | |
| | Distribution: A | |
| | Supersedes: 103.12 (10/15/17) | |
| Approved by: Tony Parker | | |
| Subject: DOCUMENTATION OF SIGNIFICANT INMATE-RELATED CONTACTS | | |

I.  **AUTHORITY:** TCA 4-3-603 and TCA 4-3-606.

II. **PURPOSE:** To establish procedures for documenting significant contacts with or regarding inmates to allow other staff who receive similar inquiries to provide adequate response.

III. **APPLICATION:** To all Tennessee Department of Correction (TDOC) employees, employees of privately managed facilities, and Tennessee Rehabilitative Initiative in Correction (TRICOR).

IV. **DEFINITIONS:**

   A. **Active Help:** A feature of the Offender Management System (OMS) that allows the user to view codes tables.

   B. **Significant Contact:** Verbal or written communication with or regarding an inmate that is likely to prompt further communication with Central Office staff, the Governor's office, state legislators, or the media.

V. **POLICY:** All employees shall document significant contact with or regarding an inmate on OMS conversation LCDG, (i.e., case notes and contact notes).

VI. **PROCEDURES:**

   A. Significant contact with or regarding an inmate may include, but is not limited to, correspondence, telephone inquiries, and face to face communication.

   B. Prior to responding to inquiries pertaining to inmates, staff should review previously documented contact notes (and actual written correspondence, if necessary) regarding the same issue and inmate, if such information exists.

   C. The employee shall ensure that the entry is made on OMS (i.e., case notes and contact notes) within three working days of the contact. This shall include the responding employee's staff ID, unless the employee is responding on behalf of a supervisor (i.e., drafting a letter for the Commissioner's or Warden's/Superintendent's signature, etc.). In such cases, the staff ID of the individual to sign the response shall be entered by the employee preparing the draft response, who shall include their name in the comments section of the detail screen.

   D. The LCDG prompt screen must include the inmate's TDOC ID.



# TENNESSEE DEPARTMENT OF CORRECTION
## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 09-04-2024

Please respond to the attached grievance, indicating any action taken.
Date Due: 09-11-2024

Grievance Number: 33442-24/368335
Inmate Name: C. Whitson
Inmate Number: 237655

F.D. - Smith:

Reviewed job notes on inmate for position in Kitchen. Appropriate notes were entered to justify removal request per policy. Request for program dismissal was approved by IJC Roark and AWT Andrews based on job notes. Also followed up with Kitchen manager Cunha who verified the accuracy of job notes entered

SIGNATURE
DATE: 9/10/24

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner
CR-3148 (Rev. 3-00)    RDA 2244
Case 2:24-cv-00191-DCLC-CRW    Document 2-5    Filed 10/18/24    Page 9 of 17    PageID #: 62

       1.    The contact type shall be specific and appropriate. Code types for OMS are available through active help, which can be accessed by positioning the cursor on the field in question and entering the "@" symbol and pressing the Enter key. The appropriate code may be selected from the list. Code types for OMS are available through the "contact type" dropdown window.

       2.    Code type QQQQ (No Contact Code, Typed Text) shall be used only when an appropriate contact type does not exist in the codes table.

  E.    Entries on the detail screen must include the name of the individual initiating the contact (if other than the offender), a narrative summary indicating the nature of the contact, the response or disposition, and the date provided. Use discretion when documenting the narrative summary, and at no time should the name of the victim or victim's family be included.

VII.    ACA STANDARDS: None.

VIII.    EXPIRATION DATE: October 1, 2023.

6. Non-Disciplinary Dismissals or Demotions:

    a. Documentation of the problems and the attempts to correct them shall be provided. OMS Contact Notes contact type IJOB shall be used for this documentation. A minimum of three notes must be entered in OMS prior to consideration of a non-disciplinary dismissal or demotion request. Examples of types of documentation may include a record of verbal counseling/warning, written warning, tardiness and/or Notice of Denial of Program Credits, CR-3224. Reasons shall be documented on OMS Job/Class Terminations.

    b. Full Program Sentence Credits shall not be awarded if it conflicts with the Contact Note or Program Note.

    c. TRICOR employees shall also enter the documentation in the OMS Contact Notes. Other state agencies utilizing inmate workers off institutional grounds shall provide written documentation if they do not have access to OMS. Work crew supervisors who monitor inmates that work for other agencies shall make the appropriate entries. Directives from Central Office administration shall be documented in the OMS. Reasons for dismissals or demotions may also be documented on Request for Program Dismissal, CR-3054. Reasons may include, but are not limited to:

        (1) Failure due to inability to perform the skills of the position. This shall result in a non-disciplinary dismissal or demotion when supervisory attempts of assistance or correction are unsuccessful. Documentation of the failure must be specific. The term "probation" is not an acceptable reason for a job dismissal.

        (2) Inmates showing no academic progress as documented in Policy #117.02.

        (3) If it is felt that the inmate's continued presence in the work area is detrimental to the morale of the work force or the productive operation of the area, or to the security and safety of the institution, an inmate may receive a non-disciplinary dismissal upon recommendation of the supervisor or other appropriate staff. Specific reason(s) for the dismissal shall be documented. A request for dismissal due to one instance usually requires a disciplinary dismissal.

        (4) The Warden/Superintendent can terminate an inmate's program assignment based on their participation in any STG related activity if it is deemed to present a risk to the safety, security, or orderly operation of the facility. The Warden/Superintendent/designee shall use OMS Conversation LCDG Contact Notes, (Contact Type STGI), to document specific reasons. (See Policy #506.25)

        (5) Whenever an inmate becomes ineligible due to change in custody level, housing assignment, etc., appropriate action (dismissal,

Links　Suspend ☐　　TOMIS ID　00237655　Watson, Cyrus R.　　Status　ACTV

Reset key fields

Inquire　　　　Institution ID　NECX　Northeast Correctional Complex

Refresh　　　　Class ID　　　　　　　　　　　　　　　　　　　　　　　　Section

Modify　　　　Job Code　　COHE　Cook Helper　　　　　　　　　　　　Position ID　0007

Delete　　　　Date　　　　06/08/2024　　By　CUNHAD01　Cunha, Adriana

　　　　　　　Note Type　　NE　No Effort To Complete Tasks

RECEIVED AUG 13 2024

First
Page Up
Pagedown

**Comments**

**WINTON LEFT JOB BEFORE THE SHIFT WAS OVER WITHOUT TELLING ARAMARK SUPERVISOR. JOB INCOMPLETE.
ARAMARK. SUPERVISOR COOK, AND FSM REITZ WITNESSED.**

FastPath　　　　Posted Date　06/09/2024
[　　]　Go

---

My Name Is NOT WinTon EvEn Thoe. SgT. PinRod said i could leave and my Job is 9AM Til 3PM these 3 NOTES From Cook was gave To me after 7:15 PM i only geT Payed For 6 hr. NOT the 10 hrs i worked everyday 7 days a week All Three of J.Cooks NoTes is Cause i left after working 10 hr sTreighT and SgT PinRod said i could leave Each Time i left

# Job / Class Notes

 

Links **Suspend** ☐

**TOMIS ID** 00237655  Whitson, Cyrus R  **Status** ACTV

Reset key fields

Inquire
Refresh
Modify
Delete

| | | |
|---|---|---|
| **Institution ID** | NECX | Northeast Correctional Complex |
| **Class ID** | | |
| **Job Code** | COHE | Cook Helper |
| **Date** | 05/27/2024 **By** CUNHAD01 | Cunha, Adriana |
| **Note Type** | NE | No Effort To Complete Tasks |

Section
Position ID 0007

First
Page Up

**Comments**

LEFT BEFORE COMPLETING HIS ASSIGNED TASK.
J COOK

FastPath
[  ] Go

**Posted Date** 05/28/2024

No More Notes Exist For Offender

*[handwritten]: No NAME in Comment Box of who's he's Talking about*

# Job / Class Notes

Links  Suspend ☐

**TOMIS ID** 00237655   Watson, Cyrus R.   **Status** ACTV

Reset key fields

Inquire
Refresh
Modify
Delete

**Institution ID**  NECX   Northeast Correctional Complex
**Class ID**                                                                     Section
**Job Code**  COHE   Cook Helper                                        Position ID  0007
**Date**  07/09/2024   **By**  CUNHAD01   Cunha, Adriana
**Note Type**

First
Page Up
Pagedown

**Comments**

ON 7/6/2024, INMATE LEFT BEFORE ARAMARK STAFF COULD CHECK HIM OUT FOR THE EVENING. JOB ABANDONMENT.
ARAMARK COOK

FastPath
[   ] Go

**Posted Date**  07/09/2024

*No Name of who's he's Talking about in Comment Box*

# Job / Class Notes

 

Links  Suspend ☐

TOMIS ID  00237655  W...tso...Cyrus R                           Status  ACTV

Reset key fields

Inquire       **Institution ID**  NECX   Northeast Correctional Complex

Refresh       **Class ID**                                                                        Section

Modify        **Job Code**        COHE   Cook Helper                                              Position ID  0007

Delete        **Date**            07/17/2024   📅   By   CUNHAD01   Cunha, Adriana

              **Note Type**       BP     Behavior Problem

First
Page Up                                              Comments
Pagedown
              INMATE AGAIN, HAD UNAUTHORIZED FOOD FOUND UNDER A STACK OF
              DIET TRAYS ON THE DIET TRAY COUNTER. THIS IS BECOMING A
              REOCCURRING ISSUE, PREVIOUSLY WITH INMATE THAT WAS COACHED
              ON LAST WEEK. ARAMARK OTT.
              REITZ

FastPath      **Posted Date**   07/17/2024
☐ Go

*RECEIVED AUG 13 2024*

---

Handwritten note:

This is a good contact note
I did have my Diet tray under
a stack of other Diets tray.
But its no Name in the comment Box
of who he's Talking about

| | Menu | Favorites | Tools | Other Applications | Reports | Help | PROD (LJEC) |
|---|---|---|---|---|---|---|---|

# Job / Class Notes

  

Links  Suspend ☐

TOMIS ID  00237655    Status  ACTV

Reset key fields

Inquire            **Institution ID**  NECX  Northeast Correctional Complex
Refresh            **Class ID**                                                               Section
Modify             **Job Code**   COHE   Cook Helper                                   Position ID  0007
Delete             **Date**       08/01/2024   By  CUNHAD01   Cunha, Adriana
                   **Note Type**  BP    Behavior Problem

RECEIVED AUG 1 3 2024

First
Page Up
Pagedown

**Comments**

INMATE WHITSON WAS DIRECTED TO CHANGE POSITIONS FOR NEW INMATE TRAINING ON THE DIET WINDOW. INMATE WHITSON REFUSED TO DO SO AND LEFT THE KITCHEN. INMATE WHITSON IS CAUSING WORK HOSTILITY DURING HER PRESENCE HERE AS WELL. COACHED INMATE WHITSON THIS AM IN MY OFFICE IN WHICH SHE GETS LOUD. I COACHED HER ON ATTUITE AND BEHAVIOR NOT BEING TOLERATED.

FastPath           **Posted Date**  08/01/2024
☐ Go

*This NOTE Do Not STATe who gave it To me in the comment Box Pre policy*

# Job / Class Notes

Links    Suspend ☐

TOMIS ID  00237655  ████████, Cyrus R.           Status  ACTV

Reset key fields

Inquire

Refresh

Modify

Delete

**Institution ID**  NECX  Northeast Correctional Complex

**Class ID**                                                                    Section

**Job Code**  COHE  Cook Helper                                       Position ID  0007

**Date**  08/02/2024   **By**  CUNHAD01  Cunha, Adriana

**Note Type**

RECEIVED AUG 1 3 2024

Pagedown

**Comments**

INMATE SENT OUT FOR A DIET TRAY FRIED TURKEY WHICH WAS FOUND DURING CART SEARCH. SENT OUT TO HARTSOOK ON THE ROUND THE WORLD CART. FOUND BY C/O CINGLE AND C/O SWALLOW.
ARAMARK REITZ
DATE WAS FILED UNDER WRONG INMATE ORIGINALLY*

FastPath       **Posted Date**  08/02/2024
[    ] Go

I do NOT load the Diet cart's or Push them. Cart was stoped by C/O Swallow and co/Cingle. they know it was NOT me Pushing the cart, or No where around the cart why would i send Hartsook a Tray i dont even like him No name in comment But of who he's Talking about